UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
———————————————————————X

KEYBANK NATIONAL ASSOCIATION,  C.A. No. 6:24-cv-06088 (CJS)

                  **Plaintiff,**

v.

JEFFREY CALHOUN, TINYA CALHOUN
AKA TINYA M. CALHOUN, PEOPLE OF
THE STATE OF NEW YORK,
JOHN DOE (Those unknown tenants, occupants,
persons or corporation or their heirs,
distributees, executors, administrators, trustees,
guardians, assignees, creditors or successors
claiming an interest in the mortgaged premise.),

                  **Defendants.**
———————————————————————X

## AFFIDAVIT OF SERVICE

**CHRISTINE MACKEN**, being duly sworn, hereby deposes and says that:

1. I am not a party to this action, I am over the age of eighteen years and I reside in the County of Nassau, State of New York.

2. On May 21, 2024, I served true and correct copies of the foregoing Plaintiff's Motion to Remand to State Court which included the Notice of Motion to Remand to State Court (ECF Dkt. No. 4), Memorandum of Law in Support of Motion to Remand (ECF Dkt. No. 4-1) and the Declaration of Andrew P. Karamouzis, Esq. in Support of Motion to Remand including Exhibits A – K (ECF Dkt. Nos. 4-2 – 4-13), upon Defendants *Pro Se* Jeffrey Calhoun and Tinya Calhoun, by depositing true copies thereof, enclosed in a postage pre-paid wrapper, in an official depository with United States Postal Service, addressed as follows:

        Jeffrey Calhoun
        56 Scarborough Park
        Rochester, New York 14625

Tinya Calhoun
56 Scarborough Park
Rochester, New York 14625

_____
Christine Macken

Sworn to before me on
this 21st day of May, 2024

_____
Notary Public

ANDREW P. KARAMOUZIS
Notary Public, State of New York
No. 02KA4993699
Qualified in Nassau County
Commission Expires March 23, 20__26__